IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID CROCKETT | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION ASSOCIATION, ET AL., | : | NO. 12-4230 |
| Defendants | : | |

## ORDER

And NOW, this 14th day of June 2013, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Defendants' Motion to Dismiss Counts I, IV, V, VI, VII, and VIII of Plaintiff's Complaint is GRANTED. Since Plaintiff's remaining claims (Counts II and III) pertain only to the corporate Defendant SEPTA, the individual Defendants shall no longer be parties to this dispute.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.